■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEA BUNTIN, Appellant. [642 NYS2d 501] —Judgment, Supreme Court, New York County (Alfred Kleiman, J.), rendered

September 3, 1993, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him, as a second felony offender, to a term of 6 years to life to run concurrently with a sentence of 1 to 3 years for a violation of probation, unanimously affirmed.

Defendant made a knowing and uncoerced waiver of his right to appeal the denial of his suppression motion (*People v Seaberg*, 74 NY2d 1, 11), and accordingly, his argument that suppression was improperly denied may not be entertained. Concur—Sullivan, J. P., Milonas, Ellerin, Nardelli and Williams, JJ.